7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Peggy Pauline Moffett
*Debtor*

*Bankruptcy Case No.*
15−60073−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06024−abf

v.

**Joel Moffett**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant, Joel M. Moffett in accordance with the Order for Default Judgment(Doc.#11), entered by the court on 8/31/2015.



                          PAIGE WYMORE−WYNN
                          Acting Court Executive

                          By: /s/ Sharon Greene
                              Deputy Clerk

Date of issuance: 8/31/15

Court to serve