7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Peggy Pauline Moffett<br>*Debtor* | *Bankruptcy Case No.*<br>15−60073−abf7 |
| **J. Kevin Checkett**<br>   Plaintiff(s) | *Adversary Case No.*<br>15−06024−abf |
| v. | |
| **Joel Moffett**<br>   Defendant(s) | |

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $10,000.00. Execution shall be stayed so long as the Defendant Joe Moffett pays to the Trustee the sum of $762.58 commencing April 5, 2016, and on the 5th day of each of the following five months until a total of $4,575.00 has been paid by the Defendant to the Trustee. Upon full payment of $4,575.00 from the Defendant to the Trustee, the Trustee shall then and there enter a satisfaction of judgment in this proceeding.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 3/30/16

Court to serve